JOHN P. CRANE et al., Appellants, *v.* CITY OF NEW YORK, Respondent.

Argued October 14, 1946; decided November 14, 1946.

*David A. Savage, John F. O'Shea* and *Frank A. Rossini* for appellants.

*John J. Bennett, Corporation Counsel* (*Seymour B. Quel* and *Helen R. Cassidy* of counsel), for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.